UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CENTRAL BOAT RENTALS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| PONTCHARTRAIN PARTNERS, LLC | * | SECTION " " |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW COMES the Plaintiff, Central Boat Rentals, Inc. ("Central Boat"), by and through its undersigned counsel, and against Defendant, Pontchartrain Partners, LLC ("Defendant"), respectfully avers unto this Honorable Court as follows:

## JURISDICTION & VENUE

1.

These claims are admiralty and maritime claims within the jurisdiction of the United States and this Honorable Court and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and jurisdiction is proper under 28 U.S.C. § 1333. Additionally, this Court has supplemental jurisdiction over any non-maritime claims under 28 U.S.C. § 1367.

2.

Venue is appropriate in this district pursuant to 28 U.S.C. § 1391(b). Defendant maintains its principal place of business in this district.

## PARTIES

3.

At all times hereinafter mentioned, Plaintiff, Central Boats, was, and now is, a corporation organized and existing under the laws of the State of Louisiana, with its principal place of business in New Orleans, Louisiana.

4.

At all times hereinafter mentioned, upon information and belief, Defendant, Pontchartrain Partners, was, and now is, a limited liability company organized and existing under the laws of the State of Louisiana, with its principal place of business in New Orleans, Louisiana, authorized to do business in and maintaining business offices in the State of Louisiana.

## FACTUAL BACKGROUND

5.

On or about April 7, 2022, Central Boats, as owner, and Defendants, as charterers, entered into an agreement for the provision of towage services as evidenced by the invoices and other documents exchanged between the parties.

6.

In April, 2022, Central Boats provided towage services to Defendant pursuant to its requests and instructions, at the rates and terms set forth in a series of invoices (collectively, the "CBR Invoices" attached hereto *in globo* as Exhibit "A"), and as detailed in the following paragraphs.

7.

Central Boats provided the requested services as agreed.

8.

On April 21, 2022, Central Boats forwarded Defendant invoice number INV 4387 in the amount of $45,667.00, which remains outstanding and due. As of November 20, 2023, interest is due in the amount of $3,620.20 according to the legal rate.

9.

Central Boats made amicable demand on or about January 24, 2023. Pontchartrain did not pay. Pontchartrain did not at that time contest, and, indeed, has never contested the validity of the debt or the quality of the services provided.

## **COUNT I – OPEN ACCOUNT**

10.

Central Boats re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs of this Complaint.

11.

Central Boats' provision of services to Defendant was one of open account under Louisiana law, insofar as Defendant customarily purchased goods and services on credit.

12.

Central Boats is entitled to recovery of unpaid amounts of $45,667.00, on open account pursuant to La. R.S. § 9:2781.

13.

Therefore, in addition to the principal amounts remaining due on the Invoices, Defendants is also liable unto Central Boats for reasonable attorneys' fees for bringing this action, pursuant to La. R.S. § 9:2781.

14.

Central Boats is further entitled to interest on the Invoices at the legal and/or contractual

rate from the date payment was due on each of the CBR Invoices to the date of judgment, and legal interest from the date of judgment until paid.

## COUNT II - BREACH OF CONTRACT

15.

Central Boats re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs of this Complaint.

16.

Alternatively, pursuant to the terms of the parties' agreement, Central Boats is entitled to recover the principal sum of $45,667.00, interest accruing on the principal amount at the legal rate, beginning thirty (30) days after the date of the CBR Invoices.

17.

In respect of the CBR Invoices, the principal amount of $45,667.00 remains outstanding and unpaid under the Charter, together with interest due in the amount of $3,620.20 as of November 20, 2023.

**WHEREFORE**, the premises considered, Central Boats prays for judgment in its favor, and against Defendant, in the full amount of Central Boats' damages of not less than $45,667.00, together with interest thereon until paid, all attorneys' fees and costs, and such other and further relief to which Central Boats may be entitled.

Dated: December 4, 2023                    Respectfully submitted,

                                           */s/ Joseph P. Briggett*_____
LUGENBUHL, WHEATON, PECK,                  JOSEPH P. BRIGGETT (#33029)
RANKIN & HUBBARD                           Suite 2775, Pan-American Life Building
                                           601 Poydras Street, Suite 2775
                                           New Orleans, LA 70130
                                           Telephone: (504) 568-1990
                                           Facsimile: (504) 310-9195
                                           *Attorneys for Central Boat Rentals, Inc.*


PLEASE SERVE:
James Washington
739 S. Clark St.
New Orleans LA 70119